IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:04CR110 LG-JMR

MARK MONROE GEESLIN

### ORDER GRANTING IN PART DEFENDANT'S
### MOTION TO RELEASE PROBATION OFFICE FILE

BEFORE THE COURT is the Defendant's Motion [49] to Release a Copy of Defendant's File with the United States Probation Office and the government's response in opposition. To resolve the Motion, the government was required to provide a copy of the file to the Court for *in camera* inspection. After the government informed the Court that the Probation Office's file was voluminous, Geeslin was required to specify the documents he was seeking by filing a bill of particulars. The government has now provided documents from Geeslin's Probation Office file that are responsive to his bill of particulars. The documents consist of certain medical records and monthly reports submitted by Geeslin. The government states that it has no documents regarding Geeslin's hip replacement surgery or communication between federal and state probation officers. After reviewing the documents *in camera*, the Court finds that they should be released to Geeslin and the United States Attorney.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's Motion [49] to Release a Copy of Defendant's File with the United States Probation Office is **GRANTED** to the extent that the government shall provide a copy of the

documents submitted for *in camera* review to the defendant and the United States Attorney. The Motion is **DENIED** in all other respects.

**SO ORDERED AND ADJUDGED** this the 22nd day of July 2013.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge